# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BLASINA HOWELL

VERSUS

OFFICE OF FACILITIES
CORPORATION, STATE OF
LOUISIANA DEPARTMENT OF
SOCIAL SERVICES; LOUISIANA
REHABILITATION SERVICES,
LOUISIANA WORKFORCE
COMMISSION, LOUISIANA
REHABILITATION SERVICES,
STATE OF LOUISIANA OFFICE OF
STATE BUILDINGS, AND STATE
OF LOUISIANA, DEPARTMENT OF
HEALTH AND HOSPITALS

NO.  2021 CW 0043

APRIL 22, 2021

---

In Re:    Office of Facilities Corporation, et al, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 646175.

---

**BEFORE:    WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT